IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **BRENDA BATISTE** § | |
| § | |
| V. § | NO. 1:05-CV-109 |
| § | |
| **CITY OF BEAUMONT, CITY OF** § | |
| **BEAUMONT POLICE DEPART-** § | |
| **MENT, TOM SCOEFIELD, PAUL** § | |
| **PERRIT, RAY E. BECK, and** § | |
| **DARLENE WISBY** § | |

**MEMORANDUM ORDER ADOPTING
MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court, and particularly Gen. Order 04-07.  The magistrate judge submitted three reports addressing the respective defendants' joint motion to dismiss, or, alternatively, to require a more definite statement under Rule 7, Federal Rules of Civil Procedure.  The magistrate judge recommends granting the motion in part and denying it in part.

No objections to any of the three reports has been received or filed.  Further, upon review of the reports, the court concurs with the magistrate judge's analysis in each report.  Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, the reports of the magistrate judge (Docket Nos. 19 - 21) are **ADOPTED**.

By separate order, the court will implement the recommendations submitted by the magistrate judge.

So **ORDERED** and **SIGNED** this **10** day of **November, 2005.**

_____
Ron Clark, United States District Judge